

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2018

No. 04-18-00528-CV

**IN THE INTEREST OF R.S.G., ET AL. CHILDREN,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01615
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to October 18, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court